Filing # 111354920 E-Filed 08/05/2020 05:51:25 PM

9-16-2020
12:38 PM
@
R 2018-06348

IN THE CIRCUIT COURT, EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR SEMINOLE COUNTY, FLORIDA.

CASE NO.: 59-2020-CA-001846

DIVISION: Judge Jessica J. Recksliedler

SEYMOINE L. SCHMIDT and
JACK SCHMIDT, her husband,

        Plaintiffs,

vs.

ALLEGIANT AIR, LLC, a foreign corporation,

        Defendants.
_____/

## SUMMONS

**THE STATE OF FLORIDA**

    You are commanded to serve this Summons and a copy of the Complaint, Notice of Compliance With Rule 2.516(b)(1) and Designation of E-mail Address on the Defendant:

Allegiant Air, LLC, c/o its Registered Agent, Scott Sheldon, 1201 N. Town Center Drive, Las Vegas, NV 89144

    The Defendant is required to serve written defenses to the Complaint on Plaintiffs' attorney whose name and address are:

**MATTHEW W. SPOHRER, ESQUIRE**
E-mail: mspohrer@sdlitigation.com/Secondary E-mail: hwestbrook@sdlitigation.com
Spohrer & Dodd, P.L., 76 S. Laura St., Suite 1701, Jacksonville, Florida 32202 904/309-6500

*within 20 days after service of this summons on Defendant*, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a default will be entered against Defendant for the relief demanded in the Complaint.

**WITNESS my hand and the seal of this Court on** August 06, 2020.

Grant Maloy
Clerk, Circuit Court And Comptroller
~~RONNIE FUSSELL~~

BY: _Mory G. Bailey_
**DEPUTY CLERK**

IN THE CIRCUIT COURT, EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR SEMINOLE COUNTY, FLORIDA.

CASE NO.: 59-2020-CA-001846

DIVISION: Judge Jessica J. Recksiedler

SEYMOINE L. SCHMIDT and
JACK SCHMIDT, her husband,

       Plaintiffs,

vs.

ALLEGIANT AIR, LLC, a foreign corporation,

       Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

**NOW COME** the Plaintiffs, Seymoine Schmidt and Jack Schmidt, by and through undersigned counsel, and sue Defendant Allegiant Air, LLC, and state:

1. This action involves damages in excess of $30,001.

2. At all times material, Plaintiffs were residents of St. Augustine, St. Johns County, Florida.

3. At all times material Defendant Allegiant was registered to do business in Florida, and upon information and belief, Defendant had offices and employees in Seminole County, Florida.

4. Defendant Allegiant is subject to personal jurisdiction in Florida by way of one or more of the following:

   a. Operating, conducting, engaging in, or carrying on a business or business venture in this state or having an office or agency in this state.

   b. Committing a tortious act within this state.

1

    c. Causing injury to persons or property within this state arising out of an act or omission by the defendant outside this state.

5. At all times material, Defendant Allegiant was engaged in solicitation or service activities within this state; or products, materials, or things processed, serviced, or manufactured by the defendant anywhere were used or consumed within this state in the ordinary course of commerce, trade, or use.

6. At all times material Defendant Allegiant was engaged in substantial and not isolated activity within this state, including but not limited to, scheduled arrival and departure of commercial airline flights, and the marketing and sale of tickets to Floridians for such flights.

7. Plaintiff used Allegiant's website to purchase roundtrip tickets from Sanford, Florida to Knoxville, Tennessee. Plaintiff purchased the tickets from Defendant Allegiant in the state of Florida.

8. On November 20, 2019, Plaintiff was a properly ticketed passenger on Allegiant Air flight 404 from Knoxville, Tennessee to Sanford, Florida.

9. Upon information and belief, Plaintiff was in seat 3D.

10. The flight crew failed to make sure that one of the overhead bins near Ms. Schmidt's seat was securely closed.

11. As a result, the overhead bin opened during flight and a laptop computer struck Plaintiff on the head.

12. At all times material, Defendant Allegiant was a common carrier and owed ticketed passengers like Plaintiff Seymoine Schmidt the highest duty of care.

## COUNT I – NEGLIGENCE

Plaintiff re-alleges paragraphs 1-12 as if fully set out herein.

13. Defendant owed Plaintiff a duty to use reasonable care to make sure that the overhead bins were securely closed.

14. Defendant breached its duty of care above, and as a direct and proximate result, Plaintiff was injured by a laptop computer that fell out of the unlatched and unsecured bin.

15. As a direct and proximate result of Defendant's breach of duty, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff demands judgment for damages in her favor, costs, any other relief deemed appropriate, and a trial by jury on all issues so triable.

## COUNT II – LOSS OF CONSORTIUM

Plaintiff realleges paragraphs 1-17 as if fully set out herein.

18. At all times material hereto, Plaintiff Jack Schmidt was the husband of Plaintiff Seymoine Schmidt.

19. As a direct and proximate result of the negligence of the Defendant, Plaintiff Jack Schmidt incurred expenses of hospitalization, medical and nursing care and treatment for Plaintiff Seymoine Schmidt, and will incur the expenses in the future, and lost the companionship, services, comfort, society, support and attentions of Plaintiff Seymoine Schmidt and will suffer those losses in the future.

**WHEREFORE** Plaintiffs demand judgment against Defendant for damages, and costs, and further demand a trial by jury on all claims.

**DATED:** August 3, 2020

                                        **SPOHRER & DODD, P.L.**

                                        **E-SIGN: /S/MATTHEW W. SPOHRER**

                                        **MATTHEW W. SPOHRER, ESQUIRE**
                                        Florida Bar No: 0062534
                                        E-mail: *mspohrer@sdlitigation.com*
                                        2d E-mail: *hwestbrook@sdlitigation.com*
                                        76 S. Laura St., Ste 1701
                                        Jacksonville, FL 32202
                                        Telephone: 904-309-6500
                                        Facsimile: 904-309-6501
                                        Attorneys for Plaintiffs

Filing # 111480342 E-Filed 08/07/2020 04:40:10 PM

IN THE CIRCUIT COURT, EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR SEMINOLE COUNTY, FLORIDA.

CASE NO.: 59-2020-CA-001846

DIVISION: Judge Jessica J. Recksiedler

SEYMOINE L. SCHMIDT and
JACK SCHMIDT, her husband,

       Plaintiffs,

vs.

ALLEGIANT AIR, LLC, a foreign corporation,

       Defendants.
_____/

## NOTICE OF COMPLIANCE WITH RULE 2.516(b)(1) AND DESIGNATION OF E-MAIL ADDRESSES

The Plaintiffs, SEYMOINE L. SCJMDT and JACK E. SCHMDT, by and through undersigned counsel, files this Notice of Compliance with Rule 2.516(b)(1) and Designation of E-Mail Address (effective September 1, 2012) and designates the following e-mail addresses:

| | |
|---|---|
| Counsel's Names: | Matthew W. Spohrer, Esquire |
| Primary E-mail Address: | mspohrer@sdlitigation.com |
| Secondary E-mail Address: | hwestbrook@sdlitigation.com |

Dated this 7th day of August, 2020.

                                                                                **SPOHRER & DODD, P.L.**

                                                                                 **E-SIGN: /s/MATTHEW W. SPOHRER**

                                                                                 **MATTHEW W. SPOHRER, ESQUIRE**
                                                                                 Florida Bar No: 0062534
                                                                                 E-mail: *mspohrer@sdlitigation.com*
                                                                                 2d E-mail: *hwestbrook@sdlitigation.com*
                                                                                 76 S. Laura St., Ste 1701
                                                                                 Jacksonville, FL 32202
                                                                                 Telephone: 904-309-6500
                                                                                 Facsimile: 904-309-6501
                                                                                 Attorneys for Plaintiffs